IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Petitioner, <br><br> v. <br><br> STEVEN GODFRIAUX, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 11-cv-607 <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

A copy of the petition and order to show cause having been served on respondent on October 21, 2011, and the respondent having failed to file a written response to the petition within the time period allowed by the order to show cause,

IT IS HEREBY ORDERED that the respondent appear before Revenue Officer Bryan Rudser or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of Steven Godfriaux, for the taxable years 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, and 2010, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

> All books, papers, records or other documents demanded in the Internal Revenue Service summonses served upon respondent on March 8, 2011.

The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually upon a time and place, then the respondent is ordered to appear at the office of Bryan Rudser, Internal Revenue Service, 545 Zor Shrine Pl, Madison, WI 53719-2068, telephone number (608) 829-8152, at a time designated by the Revenue Officer, notice of said time and place to be given to the respondent by means of a certified letter mailed to the respondent at his or her last known business address at least ten (10) days prior to the date set by the Revenue Officer or his or her designee.

Dated this 7th day of December, 2011.

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge